No. 01–1413.  JONES, WARDEN *v.* FRENCH.  C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis*

granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bell* v. *Cone, ante,* p. 685.